1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

9

10

11

12

13

LEVEL 3 COMMUNICATIONS, LLC,

Plaintiff,

vs.

STACY AND WITBECK, INC.,

Defendant.

NO. C10-849RSL

ORDER OF DISMISSAL

14

15

16

It having been reported to the Court on Tuesday, April 17, 2012 that the above cause has been

settled, and no final order having yet been presented, NOW, THEREFORE,

17

18

19

IT IS ORDERED that this cause be and the same is hereby DISMISSED.  This dismissal shall be

without prejudice to the right of any party upon good cause shown within sixty (60) days hereof to

reopen this cause if the reported settlement is not consummated.

20

21

The Clerk of the Court is instructed to send copies of this Order to all counsel of record.

DATED this 18th day of April, 2012.

22

23

24

25

*MRt S Lasnik*

Robert S. Lasnik
United States District Judge

26

27

28

ORDER -1